# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTIRCT OF ILLINOIS
### EASTERN DIVISION

**Patrick McGrath, on behalf of himself
and all others similarly situated,**

                                                                              **CASE NO.: 1:24-cv-04273**

      **Plaintiff,**

v.

**S.C. Johnson & Son, Inc.,**

      **Defendant.**

_____/

## VOLUNTARIY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Patrick McGrath dismisses all claims in the above-captioned action against Defendant S.C. Johnson & Son, Inc. with prejudice, with each party to bear their own costs and attorneys fees.

Dated: July 12, 2024        **CONSUMER LAW ADVOCATE, PLLC.**

                              By:    /s/ Matthew T. Peterson

                                      MATTHEW PETERSON
                                      Consumer Law Advocate, PLLC
                                      230 E. Ohio St., Suite 410
                                      Chicago, IL 60611
                                      Tel: (815) 999-9130
                                      mtp@lawsforconsumers.com
                                      ARDC No. 6321290